IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOAZ AL-MAHMOUDY, ) | |
| ) | Civil Action No. 05-167E |
| Plaintiff, ) | |
| ) | Hon. Maurice B. Cohill Jr. |
| ) | United States District |
| ) | Judge |
| v. ) | |
| ) | ELECTRONICALLY FILED |
| U.S. CITIZENSHIP & ) | |
| IMMIGRATION SERVICE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S PROPOSED DISCOVERY PLAN
AND MOTION TO APPEAR TELEPHONICALLY FOR
INITIAL CASE MANAGEMENT CONFERENCE**

AND NOW, comes the Defendant, the U.S. Citizenship & Immigration Services, by and through its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Paul D. Kovac, Assistant United States Attorney for said district, and respectfully submits the attached Proposed Discovery Plan in anticipation of the initial case management conference currently scheduled for December 1, 2005, in Erie, Pennsylvania.  Attachment 1.

Plaintiff, who is appearing pro se, has been sent a copy of the Proposed Discovery Plan with a request to notify undersigned counsel regarding Plaintiff's position.  Attachment 2.  At present, Defendant has not received any notification of Plaintiff's position.

Additionally, Defendant requests the Court's permission to appear telephonically for the initial case management currently scheduled to take place on December 1, 2005, at 9:30 a.m. in Courtroom A, United States Courthouse, Erie, Pennsylvania. Due to the short duration of most initial case management conferences, especially those in uncomplicated cases such as the one presented here, appearing telephonically will save undersigned counsel in excess of four hours of travel time. A proposed Order is attached.

                                              Respectfully submitted,

                                              MARY BETH BUCHANAN
                                              United States Attorney

                           By:   s/Paul D. Kovac
                                PAUL D. KOVAC
                                Assistant U.S. Attorney
                                Western District of Pennsylvania
                                U.S. Post Office & Courthouse
                                700 Grant Street Suite 4000
                                Pittsburgh, PA 15219
                                (412) 894-7489

Dated:  November 22, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2005, a true and correct copy of the foregoing Proposed Discovery Plan was electronically filed and/or served via First-Class United States mail, upon the following:

      Mr. Moaz Al-Mahmoudy
      2011 East 18th Street
      Erie, PA 16510

      s/Paul D. Kovac
      PAUL D. KOVAC
      Assistant United States Attorney