IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOAZ AL-MAHMOUDY, | ) |
| | ) Civil Action No. 05-167E |
| Plaintiff, | ) |
| | ) Hon. Maurice B. Cohill, Jr. |
| | ) United States District |
| | ) Judge |
| v. | ) |
| | ) ELECTRONICALLY FILED |
| U.S. CITIZENSHIP & | ) |
| IMMIGRATION SERVICE, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

AND NOW, to wit, this _____ day of _____, 2005, upon consideration of Defendant's Motion to Appear Telephonically for Initial Case Management Order,

IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that both Plaintiff and Defendant may appear telephonically for the initial case management conference currently scheduled for December 1, 2005, at 9:30 a.m. Each party is responsible for calling the Court's chambers at that time.

_____
UNITED STATES DISTRICT JUDGE


cc:  Moaz Al-Mahmoudy
     Pro se Plaintiff

     Paul D. Kovac
     Assistant U.S. Attorney