Attachment 2



**U.S. Department of Justice**

*United States Attorney*
*Western District of Pennsylvania*

*PDK*

---

*U.S. Post Office & Courthouse*
*700 Grant Street*
*Suite 400*
*Pittsburgh, Pennsylvania 15219*          *412/644-3500*

October 25, 2005

Moaz Al-Mahmoudy
Plaintiff *Pro Se*
2011 East 18th Street
Erie, PA 16510

**COPY**

RE:  **Moaz Al-Mahmoudy v. U.S. Citizenship and Immigration Service**
     **Civil Action No. 05-0167E**

Dear Mr. Al-Mahmoudy:

    In an Order dated October 21, 2005, the Court directed us to confer and submit a proposed discovery plan.  To that end, I have attached the discovery plan with proposed dates.  Please look over this document and notify me if you agree.  This should be done within the next few weeks because the proposed order needs to be filed with the Court promptly.  I appreciate your attention to this matter.  My phone number is (412) 894-7489.

                    Very truly yours,

                    MARY BETH BUCHANAN
                    UNITED STATES ATTORNEY


                    PAUL D. KOVAC
                    Assistant United States Attorney



enclosure