IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOAZ AL-MAHMOUDY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-167E |
| | ) | |
| | ) | Hon. Maurice B. Cohill Jr. |
| v. | ) | United States District Judge |
| | ) | |
| U.S. CITIZENSHIP & | ) | ELECTRONICALLY FILED |
| IMMIGRATION SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

    Respectfully submitted,

    MARY BETH BUCHANAN
    UNITED STATES ATTORNEY

s/Moaz Al-Mahmoudy (by permission)    s/Paul D. Kovac
Plaintiff, Pro Se    Assistant U.S. Attorney
2011 East 18th Street    Western District of Pennsylvania
Erie, PA 16510    700 Grant Street, Suite 4000
    Pittsburgh, PA 15219
    (412) 894-7489

    Attorney for Defendants

November 23, 2005