IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOAZ AL-MAHMOUDY, | ) |
| | ) Civil Action No. 05-167E |
| Plaintiff, | ) |
| | ) Hon. Maurice B. Cohill Jr. |
| | ) United States District Judge |
| v. | ) |
| | ) ELECTRONICALLY FILED |
| U.S. CITIZENSHIP & | ) |
| IMMIGRATION SERVICE, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

AND NOW, this _____ day of _____, 2005, it is hereby **ORDERED** that the above-captioned case is dismissed with prejudice. This case is now **CLOSED**.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

cc: All parties