November 23, 2005

RE: Moaz Al-Mahmoudy v. U.S. Citizenship and Immigration Service
Civil Action No. 05-0167E

Dear Mr. Kovac,

I want to dismiss the law suit in the case named above. Please enter my electronic signature on the voluntary dismissal motion. I give my consent to voluntarily dismiss this case with prejudice.

_____*M o A Z*_____
Moaz Al-Mahmoudy

Witnessed by:

*Kathe Muhse*

Kathem Muhsen (Arabic interpreter).

*Deborah Raymund*
Hispanic American Council
554 E. 10th St
Erie, PA 16503
(814) 455-0212 Ext 314