IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOAZ AL-MAHMOUDY, ) | |
| ) | Civil Action No. 05-167E |
| Plaintiff, ) | |
| ) | Hon. Maurice B. Cohill Jr. |
| ) | United States District Judge |
| v. ) | |
| ) | ELECTRONICALLY FILED |
| U.S. CITIZENSHIP & ) | |
| IMMIGRATION SERVICE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, this 29th day of November, 2005, it is hereby **ORDERED** that the above-captioned case is dismissed with prejudice. This case is now **CLOSED**.

BY THE COURT:

_Maurice B. Cohill, Jr._
UNITED STATES DISTRICT JUDGE

cc: All parties